IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02133-REB-KLM

MAGIC CARPET SKI LIFTS, INC., a Colorado corporation,

    Plaintiff,

v.

S&A CO., LTD, a Korean corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Vacate Scheduling/Planning Conference** [#15] (the "Motion").[1]  On November 26, 2014, the Clerk of Court entered default against the only Defendant in this matter. [#13]. Plaintiff's Motion for Default Judgment [#12] is currently pending before the Court.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED**.  The Scheduling Conference set for December 10, 2014 at 10:30 a.m. is **VACATED**.

    Dated:  December 1, 2014

---

[1] All future filings in this matter shall be double-spaced in accordance with Local Rule 10.1(e).  Filings that fail to comply with the Local Rules may be stricken without further warning.