**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02133-REB-KLM

MAGIC CARPET SKI LIFTS, INC., a Colorado corporation,

    Plaintiff,

v.

S&A CO., LTD, a Korean corporation,

    Defendant.

**ORDER ADOPTING RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#18],[1] filed June 8, 2015. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the recommended disposition, I find and conclude that the magistrate judge's recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#18], filed June 8, 2015, is approved and adopted as an order of this court; and

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That plaintiff's **Motion For Entry of Default Judgment** [#12], filed November 25, 2014, is granted in part and denied as set forth in the magistrate judge's recommendation;

3. That judgment of default shall enter on behalf of plaintiff, Magic Carpet Ski Lifts, Inc., a Colorado corporation, against defendant, S&A Co., Ltd., a Korean corporation, as to plaintiff's claim for breach of contract;

4. That plaintiff is awarded damages in the total amount of $141.939.75, representing: (a) actual damages of $112,640; (b) compensatory damages for prejudgment interest as of November 24, 2014, of $24,164.25; (c) reasonable attorney fees of $3,125.50; and (d) costs of $2,010.00;

5. That plaintiff further is awarded prejudgment interest at the rate of $55.55 per day accruing from November 24, 2014, to the date of the judgment, and post-judgment interest at the rate provided by 28 U.S.C. § 1961 from the date of the judgment until it is paid in full; and

6. That all other remaining claims in this suit are dismissed, and the case is closed.

Dated July 9, 2015, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge