**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02133-REB-KLM

MAGIC CARPET SKI LIFTS, INC., a Colorado corporation,

      Plaintiff,
v.

S&A CO., LTD, a Korean corporation,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Recommendation of the United States Magistrate Judge [#19] of Judge Robert E. Blackburn entered on July 10, 2015, it is ORDERED that Plaintiff MAGIC CARPET SKI LIFTS, INC., a Colorado corporation, is awarded damages in the total amount of $141.939.75, representing: (a) actual damages of $112,640; (b) compensatory damages for prejudgment interest as of November 24, 2014, of $24,164.25; (c) reasonable attorney fees of $3,125.50; and (d) costs of $2,010.00;

That plaintiff further is awarded prejudgment interest at the rate of $55.55 per day accruing from November 24, 2014, to the date of the judgment, and post-judgment interest at the rate of .27% from the date of the judgment until it is paid in full; and

That all other remaining claims in this suit are dismissed, and the case is closed.

Dated at Denver, Colorado this 10th day of July, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

      By:  s/   K. Finney

                K. Finney
                Deputy Clerk